No. 71–197.   Rogoff *v.* Anderson et al.   Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.   Mr. Justice Stewart and Mr. Justice Marshall are of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 70–178.   DeMartino et ux. *v.* Scarpetta et al.   Appeal from Ct. App. N. Y. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 70–5172.   Quarles *v.* Texas et al.   Appeal from C. A. 5th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 70–5190.   Clark *v.* Craven, Warden.   Appeal from C. A. 9th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 71–131.   Ramos, aka Raymond *v.* Louisiana.   Appeal from Sup. Ct. La. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 71–181.   Watkins et al. *v.* Grover, Trustee in Bankruptcy.   Appeal from C. A. 9th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 71–5071.   Taylor et al. *v.* Donaldson.   Appeal from Sup. Ct. Ga. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.